■ RUSSELL R. WILLIAMSON et al., Respondents-Appellants, v JOSEPH ALFIERO, Appellant-Respondent, and 364 TENANTS CORPORATION, Respondent.—In a declaratory judgment action, plaintiffs and defendant Alfiero cross-appeal from so much of an order of the Supreme Court, Nassau County, dated October 5, 1979, as denied plaintiffs' motion and said defendant's cross motion for summary judgment. Order affirmed insofar as

appealed from, without costs or disbursements. We conclude that summary disposition of this case is not warranted because of fact issues relating to the meaning and significance of the letter from the board of managers to the plaintiffs, the question of scienter, and defendant Alfiero's reliance on plaintiffs' alleged misrepresentations. Accordingly, a trial is required. Hopkins, J. P., Lazer, Margett and Weinstein, JJ., concur.